# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| GREATER ST. LOUIS CONSTRUCTION LABORERS WELFARE FUND, et al., | )<br>)<br>) |
| Plaintiff(s), | )<br>) |
| vs. | ) Case No. 4:14CV01406 ERW<br>) |
| STIKA CONCRETE CONTRACTING CO., INC., | )<br>)<br>) |
| Defendant(s). | ) |

## MEMORANDUM AND ORDER

This matter comes before the Court on Defendant Stika Concrete Contracting Co., Inc.'s failure to show cause why Plaintiffs' Motion for Summary Judgment should not be granted. On May 11, 2015, Plaintiffs filed their Motion for Summary Judgment [ECF No. 21]. No Response was filed, and on June 15, the Court ordered Defendant to show cause, "no later than June 25, 2015, why Plaintiffs' Motion should not be granted" [ECF No. 25]. Defendant has failed to file anything or otherwise make such a showing.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Summary Judgment [ECF No. 21] is **GRANTED.**

Dated this  1st  Day of July, 2015.

*E. Richard Webber*
E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE