# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| GREATER ST. LOUIS CONSTRUCTION LABORERS WELFARE FUND, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 4:14CV01406 ERW |
| STIKE CONCRETE CONTRACTING CO. INC., | ) ) ) ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court on Plaintiffs' Motion to Compel Discovery [49]. Pursuant to Federal Rule of Civil Procedure 69, Plaintiffs noticed a post-judgment deposition of Mary Skaggs, a representative of Defendant Stika Concrete and General Contracting, LLC, for September 14, 2016. Ms. Skaggs did not appear for the deposition, nor did she contact Plaintiffs' counsel regarding her failure to appear. Plaintiffs have a judgment against Defendant in the amount of $43,254.21 in this matter.

**IT IS HEREBY ORDERED** that Plaintiffs' Motion to Compel Discovery [49] is **GRANTED**. Mary Skaggs shall appear at the office of Plaintiffs' counsel, Hammond and Shinners, P.C., 7730 Carondelet Avenue, Suite 200, St. Louis, Missouri, 63105, on October 18, 2016, at 10:00 a.m. for a post-judgment deposition and she shall produce at that date and time, the documents referred to in the Notices of Deposition previously sent to her.

Dated this 13th Day of October, 2016.

_E. Richard Webber_
_____
E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE

1